```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
YAJAIRA ROSARIO,                                             :
                                                             :
                        Plaintiff,                           :
                                                             :         20-cv-5831 (LJL)
        -v-                                                  :
                                                             :            ORDER
FRESH SMOOTHIES LLC, FRESH FRUTII LLC,                       :
ROBINSON CAPELLO, JOHN FRANCIS RIVERA,                       :
                                                             :
                        Defendants.                          :
                                                             X
-------------------------------------------------------------
```

LEWIS J. LIMAN, United States District Judge:

      On December 9, 2020, the Clerk of Court entered a certificate of default against Defendants, Dkt. Nos. 21, 22, and on March 7, 2021, Plaintiff moved for a default judgment against Defendant, Dkt. No. 23.  Upon consideration of these documents and the supporting declarations, it is hereby:

      ORDERED that Plaintiff shall serve a copy of the motion for default judgment, any supporting papers, and this Order by October 27, 2021 on Defendants by the methods described in Fed. R. Civ. P. 4.

      IT IS FURTHER ORDERED that answering papers, if any, should be served upon Plaintiff by November 10, 2021.

      IT IS FURTHER ORDERED that the parties appear for a hearing on Plaintiff's motion for default judgment on November 12, 2021 at 3:00 pm by TELEPHONE.  Parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts.


      SO ORDERED.

Dated: October 13, 2021  
       New York, New York  
                                                             LEWIS J. LIMAN  
                                                            United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 10/13/2021